Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __08__ CV __1471__ was assigned to Judge __Weinstein__ and Magistrate Judge __Mann__

as related to __08 CV 560__ on __4/9__, 2008.