FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 2 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------x

ORDER

04-MD-1596

LINDA A. WALDMAN, Derivatively on
Behalf of the Nominal Defendant,

                Plaintiff,

  v.

08-CV-560

SIDNEY TAUREL, ALAN BREIER, JOHN
LECHLEITER, CHARLES M. BEASLEY, JR.,
GERHARD MAYR, GARY D. TOLLEFSON,
WINFRIED BISCHOFF, J. MICHAEL COOK,
FRANKLYN G. PRENDERGAST, KATHI P.
SEIFERT, GEORGE M.C. FISHER, ALFRED G.
GILMAN, KAREN N. HORN, MARTIN S.
FELDSTEIN, J. ERIK FYRWALD, ELLEN R.
MARRAM, and JOHN DOES 1-10,

                Defendants,
  and

ELI LILLY & COMPANY,

                Nominal Defendant.
-----------------------------------------------------------------x
LAURIE G. ROBBINS, Derivatively on
Behalf of the Nominal Defendant,

                Plaintiff,

  v.

08-CV-1471

SIDNEY TAUREL, M.D. ALAN BREIER, CHARLES
LECHLEITER, CHARLES M. BEASLEY, JR.,
GERHARD MAYR, GARY D. TOLLEFSON,
WINFRIED BISCHOFF, J. MICHAEL COOK,
FRANKLYN G. PRENDERGAST, KATHI P.
SEIFERT, GEORGE M.C. FISHER, ALFRED G.
GILMAN, KAREN N. HORN, MARTIN S.
FELDSTEIN, J. ERIK FYRWALD, ELLEN R.
MARRAM, and JOHN DOES 1-10,

                Defendants,



and

ELI LILLY & COMPANY,

        Nominal Defendant.
------------------------------------------------------------x
CITY OF TAYLOR GENERAL EMPLOYEES
RETIREMENT SYSTEM, Derivatively on
Behalf of the Nominal Defendant,

        Plaintiff,        08-CV-1554
  v.

SIDNEY TAUREL, JOHN C. LECHLEITER,
SIR WINFRIED BISCHOFF, J. MICHAEL COOK,
FRANKLYN G. PRENDERGAST, KATHI P.
SEIFERT, GEORGE M.C. FISHER, ALFRED
G. GILMAN, MARTIN S. FELDSTEIN, J. ERIK
FYRWALD, KAREN N. HORN, ELLEN R. MARRAM,
SIR JOHN ROSE, CHARLES E. GOLDEN, STEVEN C.
BEERING, AUGUST M. WATANABE, LINDA LAY,
ALVA O. WAY, RANDALL L. TOBIAS, J. CLAYBURN
LAFORCE, JR., ALAN BREIER, CHARLES M.
BEASLEY, JR., GARY D. TOLLEFSON,
GERHARD N. MAYR,

        Defendants,
  and

ELI LILLY & COMPANY,

        Nominal Defendant.
------------------------------------------------------------x

**JACK B. WEINSTEIN, Senior United States District Judge:**

   Pending before the court are the three above-captioned Zyprexa-related shareholder derivative suits. Other Zyprexa-related derivative suits were filed in other courts. *See, e.g.*, *N.A. Lambrecht v. Taurel*, No. 08-CV-68 (S.D. Ind.); *Solomon v. Taurel*, No. 49D12 08 (Marion County Ct. Ind.); *Staehr v. Taurel*, No. 49D02 08 09CT013786 (Marion County Ct. Ind.).

At a status conference on May 29, 2008, parties in the cases pending in this court agreed to join a settlement process agreement being implemented in *N.A. Lambrecht v. Taurel*, No. 08-CV-68 (S.D. Ind.).

A settlement of all pending Zyprexa-related derivative actions has been reported. *See, e.g.*, John Russell, *Lilly Moves Target Ethics, Compliance*, Indianapolis Star, Mar. 9, 2010, at A6 (attached); Tom Murphy, *Eli Lilly Agrees to Settle Shareholder Lawsuit*, Bioscience Tech., Mar. 8, 2010 (attached), at *http://www.biosciencetechnology.com/News/FeedsAP/2010/03/eli-lilly-agrees-to-settle-shareholder-lawsuit/*.

In light of the announced settlement, the clerk is directed to close the above-captioned cases. If issues arise in the execution of the settlement, the parties may apply to the court to reopen proceedings.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:   March 9, 2010
        Brooklyn, New York



1 of 2 DOCUMENTS

Copyright 2010 The Indianapolis Star
All Rights Reserved
The Indianapolis Star (Indiana)

March 9, 2010 Tuesday
Final Edition

**SECTION:** BUSINESS; Pg. A6

**LENGTH:** 374 words

**HEADLINE:** Lilly moves target ethics, compliance

**BYLINE:** By, John Russell

**BODY:**

Eli Lilly and Co. has agreed to add four new senior positions to "promote highly ethical and compliant behaviors" as part of a settlement of two lawsuits arising from the company's illegal marketing and promotion of drugs.

The Indianapolis drug maker also has agreed to upgrade its policies and procedures to ensure that patient safety "shall be of paramount importance," according to a government filing the company made Monday.

The new positions that Lilly has agreed to create are a vice president for global compliance strategy, vice president of global ethics, a senior director of enterprise risk management and a project manager to implement and monitor the new policies. The salaries were not included in the filing.

Last year, Lilly paid $1.4 billion, the largest criminal fine ever imposed on a U.S. corporation, over the illegal marketing of the antipsychotic drug Zyprexa. The company also pleaded guilty to a misdemeanor and agreed to additional oversight to resolve a 5-year-old federal investigation.

Federal prosecutors had said Lilly unlawfully promoted Zyprexa for agitation, aggression, hostility, dementia, depression and generalized sleep disorder, although the drug was approved only for schizophrenia and bipolar disorder.

The company also had improperly marketed Evista, its osteoporosis drug, and Prozac, its antidepressant.

In response, several shareholders sued the company, claiming it breached fiduciary duty in connection with the illegal marketing, exposing Lilly to substantial risk of damage. The suits are known as "derivative claims" as they were brought by shareholders on behalf of the company, rather than on behalf of shareholders, seeking to force the company to take corrective steps.

Lilly has agreed to pay $35,000 to the named shareholders and $8.75 million for attorneys' fees, including about $450,000 for plaintiffs' fees.

Lilly spokesman Mark Taylor said the positions are all new and are in the process of being filled. All four people would report to Anne Nobles, Lilly's chief ethics and compliance officer.

The settlement must be approved by a federal judge next month. It would cover two of seven "derivative shareholder" cases pending in three courts.

Call Star reporter John Russell   at (317) 444-6283.

**LOAD-DATE:** March 9, 2010

# Bioscience TECHNOLOGY.

Log in | Register

Directory    Publications    Sections    News    Products    Multimedia    Co

RSS Feeds    Newsletters    Bookmarks

[-] Text [+]

**News**

Origin Agritech
1 hour ago

## Eli Lilly agrees to settle shareholder lawsuit

By TOM MURPHY - AP Business Writer - Associated Press      Monday, March 8, 2010

Cardiac Scien
Defibrillators (
CardioLife, NK
Class I Recall
2 hours ago

Eli Lilly and Co. has agreed to settle a shareholder lawsuit over marketing practices that have already cost the drugmaker more than $2 billion in settlements and legal fees stemming from other cases.

The Indianapolis drugmaker could pay nearly $9 million in attorney fees and other expenses under the latest resolution, which would conclude a so-called derivative case brought by shareholders against Lilly directors on behalf of the company.

Email    0 tweets
Print    tweet

Allergan CEO
compensation
3 hours ago

Eli Lilly agrees
lawsuit
3 hours ago

The 2008 case accused company leaders of breaching their fiduciary duty to Lilly and damaging the company through improper marketing of Lilly's top-seller, the anti-psychotic Zyprexa, as well as the antidepressant Prozac and the osteoporosis treatment Evista.

Last year, Lilly agreed to a then-record $1.42 billion settlement with federal prosecutors over allegations of Zyprexa marketing violations. Prosecutors accused Lilly of pushing their drug to treat several conditions beyond the scope of its approved uses.

3M to buy Car
company MTI
3 hours ago

The U.S. Food and Drug Administration has approved marketing Zyprexa to treat schizophrenia and bipolar disorder. But court documents showed Lilly sales representatives also marketed the drug to treat generalized sleep disorder, aggression, Alzheimer's-related dementia and depression, among other unapproved uses, from 1999 through 2003.

LED streetligh
researchers re
4 hours ago

Doctors can prescribe drugs for unapproved uses, but companies aren't allowed to market drugs for those uses.

XenoPort slas
5 hours ago

Lilly also has paid more than $1.2 billion to resolve other civil lawsuits regarding the drug, many alleging illegal marketing.

The latest proposed settlement requires Lilly to pay a relatively small amount, $8.75 million in attorney fees and expenses, according to documents filed Monday with the Securities and Exchange Commission.

It also calls for the drugmaker to take several steps to improve corporate governance and risk management. Lilly agreed to create new positions that include a vice president for global compliance strategy and enterprise risk management and a vice president for global ethics.

The company also agreed to providing training for its U.S.-based affiliates and include adherence to Lilly's conduct code as an element in performance evaluations.

Lilly faces a total of seven shareholder derivative lawsuits. The proposed settlement is tied to two cases

filed in U.S. District Court for the Southern District of Indiana. But Lilly spokesman Mark Taylor said the settlement also is subject to approval by two other courts.

All seven cases will be resolved if the other courts approve the settlement, Taylor said.

---

Join the Discussion

Rate Article:     Average 0 out of 5

register or log in to comment on this article!

0 COMMENTS

ADD COMMENT

Text Only 2000 character limit

Add Comment

Page 1 of 1

## Research Exchange

| Application Notes | White Papers | Posters | Journal Articles | Ask the Experts |

**Publishing Data That Conform to the MIQE Guidelines**
Jan 22

Minimum information for publication of Quantitative Real-Time PCR Experiments (MIQE) guidelines help researchers design qPCR experiments.

**Calibration Free Analysis to Measure the Concentration of Active Proteins**
Nov 23 2009

An SPR-based method, Calibration Free Concentration Analysis can be used to accurately determine the concentration of active protein in a sample, relating to the specific binding activity of the protein, and without the need for a standard.



**Advances in EMCCD Technology: Making Imaging Less Arbitrary**
Nov 16 2009

Recent advances in EMCCD technology have solved the problem of non-standardized measurement units by using the photoelectron to standardize imaging experiments.



**10 Tips for Successful Sample Concentration and Buffer Exchange**
Nov 6 2009

Centrifugal devices with ultrafiltration (UF) membrane can solve common problems researchers face when working with proteins.

---

Most Popular

STAY INFOF



Magazine a

MULTIMEDIA

Video:



Ni
Di
ar
Ei

Nov 8 2009

Dennis Choi, dire
Neuroscience Ce
groundbreaking r
cord injury.

Podcasts:



Al
Bi
Oc
Di:

are both the mou
human cortex prc
the importance o

neuroscience res



Chromatography Techniques
Drug Discovery & Development
Lab Design News
Laboratory Equipment
Pharmaceutical Processing
R&D Magazine
Scientific Computing

**Information:**

About Us | Contact Us | Advertise With Us
Sitemap | Privacy Policy
Terms & Conditions
©2010 Advantage Business Media - All Rights Reserved

**Stay in Touch:**

 RSS Feeds

 Podcasts